Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-4535 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mary Jo Edwards,<br>　　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **MARY JO EDWARDS,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: __Oct. 5__, 2009    By: _____

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

FOSHEE & YAFFE
12231 S. May Avenue
P.O. Box 980420
Oklahoma City, OK 73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
*Attorneys for Plaintiffs*

DATED: Oct. 5, 2009      By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/9/09

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer